**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6816**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RONALD ANTHONY MOORE, a/k/a 3:01cr31-2, a/k/a Ronnie-Mo,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:01-cr-00031-FDW-2)

Submitted: August 26, 2009      Decided: September 3, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Anthony Moore, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Anthony Moore appeals the district court's order denying relief on his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. Moore, No. 3:01-cr-00031-FDW-2 (W.D.N.C. Apr. 24, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED